UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| KERRI L. AGEE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| NEWTEK BUSINESS SERVICES HOLDCO 5, INC., ADR PARTNERS, LLC d/b/a BANC-SERV PARTNERS, LLC and a/k/a BANC-SERV PLUS, and NEWTEK BUSINESS SERVICES CORP., | ) Case No. 1:18-cv-02641-WTL-TAB |
| | ) |
| Defendants. | ) |

## DEFENDANTS' MOTION TO DISMISS

Defendants, Newtek Business Services Holdco 5, Inc., ADR Partners, LLC d/b/a banc-serv Partners, LLC, and Newtek Business Services Corp., move, pursuant to Federal Rule of Civil Procedure 12(b)(6), to dismiss Plaintiff's Complaint for failure to state a claim upon which relief can be granted for the reasons set forth in greater detail in Defendants' accompanying Memorandum of Law in Support of Motion to Dismiss filed this date and incorporated herein.

WHEREFORE, Defendants respectfully request that the Court dismiss the Complaint in the above-captioned action with prejudice.

Respectfully submitted,

s/*Andrew M. McNeil*
Andrew M. McNeil (#19140-49)

BOSE McKINNEY & EVANS LLP
111 Monument Circle, Suite 2700
Indianapolis, In 46204
(317) 684-5000; (317) 684-5173 (Fax)
amcneil@boselaw.com

*Attorney for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on September 4, 2018, a copy of the foregoing "Defendants' Motion to Dismiss" was filed electronically. Notice of this filing will be sent to the following counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

>Jonathan A. Bont, Esq.
>Stephanie L. Grass, Esq.
>Paganelli Law Group
>10401 North Meridian Street, Suite 450
>Indianapolis, IN  46290
>jon@paganelligroup.com
>Stephanie@paganelligroup.com

>s/*Andrew M. McNeil*
>Andrew M. McNeil

3494180